1  STEVE L. HERNANDEZ (SBN 229065)
   *steve.hernandez@btlaw.com*
2  GABRIELLE J. ANDERSON-THOMPSON (SBN 247039)
   *gathompson@btlaw.com*
3  **BARNES & THORNBURG LLP**
   2029 Century Park East, Suite 300
4  Los Angeles, California  90067
   Telephone:     (310) 284-3880
5  Facsimile:     (310) 284-3894

6  Attorneys for Defendants
   DEPUY ORTHOPAEDICS, INC.; and
7  JOHNSON & JOHNSON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNA HODGES and RICHARD HODGES, | Case No. CV16-02836-MCE-CKD |
| Plaintiffs, | **ORDER RE STIPULATION TO STAY ALL PROCEEDINGS** |
| vs. | |
| DEPUY ORTHOPAEDICS, INC.; THOMAS P. SCHMALZRIED, M.D., a Professional Corporation; JOHNSON & JOHNSON and DOES 1 through 100, Inclusive, | |
| Defendants. | JURY TRIAL DEMANDED |
| | Complaint Filed:  October 31, 2016 |

TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Upon consideration of the Stipulation to Stay Proceedings submitted by Plaintiffs SONNA HODGES and RICHARD HODGES, and Defendants DEPUY ORTHOPAEDICS, INC., JOHNSON & JOHNSON, and THOMAS P.SCHMALZRIED, M.D., a PROFESSIONAL CORPORATION (hereafter collectively "the Parties"); upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

CV16-02836-MCE-CKD

1.     1.    The Parties' request for a stay of proceedings is GRANTED;

2.     2.    All proceedings in this action are hereby stayed, pending a decision by the Judicial Panel on Multidistrict Litigation on whether this case should be transferred to *In re DePuy Orthopaedics, Inc. Pinnacle Hip Implant Products Liability Litigation*, MDL Docket No. 2244;

3.     3.    Deadlines relating to any outstanding responsive pleading are extended pending entry of a Scheduling Order in the MDL court addressing responsive pleadings and the deadline to file any remand motion is extended pursuant to the MDL court's August 14, 2012 "Order Regarding Cases Removed from State Court," and any subsequent orders that the MDL Court may issue.

IT IS SO ORDERED.

Dated: December 13, 2016

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

BARNES &
THORNBURG LLP
ATTORNEYS AT LAW
LOS ANGELES

- 2 -     CV16-02836-MCE-CKD
ORDER RE STIPULATION TO STAY ALL PROCEEDINGS

**CERTIFICATE OF SERVICE**

I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2029 Century Park East, Suite 300, Los Angeles, California 90067. On December 13, 2016, I served a copy of the within document(s):

**[PROPOSED] ORDER RE STIPULATION TO STAY ALL PROCEEDINGS**

on the interested party(ies) below:

| | |
|---|---|
| Lawrence S. Paikoff, M.D., Esq.<br>Richard J. Paikoff, Esq.<br>**LAW OFFICES OF LAWRENCE S. PAIKOFF**<br>1756 Picasso Avenue<br>Suite F<br>Davis, CA  95618<br>Telephone:  (530) 297-1144<br>Fax:  (530) 297-1146<br>**Attorneys for Plaintiffs** | Greg A. Meyer, Esq.<br>**LAW OFFICES OF GREG A. MAYER**<br>2300 Bell Executive Lane<br>Sacramento, CA  95825<br>Telephone:  (916) 929-6000<br>Fax:  (916) 929-5137<br>**Attorneys for Plaintiffs** |

☒ BY CM/ECF NOTICE OF ELECTRONIC FILING:  I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 13, 2016, at Los Angeles, California.

_____
Jerod Williams